The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT CONRAD OTERO,<br><br>Defendant. | NO. CR18-132RAJ<br><br>ORDER TO SEAL |

Having considered the Defendant's Motion to Seal, and due to the sensitive information of the health and personal records sought to remain under seal in Exhibits A-C to the Declaration in Support of Mr. Otero's Motion for Compassionate Release Pursuant to 18 U.S.C. 3582(C)(1),

IT IS HEREBY ORDERED that the Motion to Seal (Dkt. #799) is GRANTED and Defendant's Exhibit A-C shall remain sealed.

DATED this 4th day of June, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL
*US v. Robert Conrad Otero, CR18-132RAJ* - 1

HART JARVIS MURRAY CHANG
155 NE 100TH ST., SUITE 210
SEATTLE, WASHINGTON 98125
(206) 735-7474