The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>ROBERT CONRAD OTERO,<br><br>Defendant. | NO.  CR18-132 RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

This matter has come before the Court on the Government's Motion to Seal Declaration of AUSA Vincent T. Lombardi in Support of Government's Response to Defendant's Motion for Reduction Compassionate Release. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal of the Declaration of AUSA Vincent T. Lombardi in Support of Government's Response to Defendant's Motion for Compassionate Release and its attachment, due to the sensitive information contained therein.

IT IS HEREBY ORDERED that the Motion to Seal (Dkt. #806) is GRANTED. The Declaration of AUSA Vincent T. Lombardi in Support of Government's Response to Defendant's Motion for Compassionate Release and its attachment shall remain under seal.

DATED this 12th day of June, 2020.

_Richard A. Jones_

The Honorable Richard A. Jones
United States District Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970