The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. 2:18-cr-00132-RAJ |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ROBERT CONRAD OTERO, | |
| Defendant. | |

THIS MATTER comes before the Court on Defendant Robert Conrad Otero's *pro se* "Motion for Dismissal Subject Matter Jurisdiction, Notice of Injury" and "Notice: Request for United States Attorney and Court to Show Athority [sic] to Sue on Behalf of the United States of America." Dkts. 967, 971. Having considered the briefing and the files and pleadings herein, the Court **DENIES** the motions.

DATED this 2nd day of March, 2022.

The Honorable Richard A. Jones
United States District Judge

ORDER - 1